IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyson Dell Anderson, | No. CV-25-01325-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

Pending before the Court is Magistrate Judge Metcalf's Report and Recommendation ("R&R") recommending dismissal of this matter without prejudice due to Plaintiff's failure to prosecute. (Doc. 22). No objections have been filed and the time to do so has expired. The Court has nonetheless reviewed the R&R and agrees with its analysis and conclusion.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Metcalf's Report and Recommendation (Doc. 22) is **ACCEPTED** and **ADOPTED** as the Order of this Court. Plaintiff's Complaint and this action shall be **DISMISSED WITHOUT PREJUDICE**.

**IT IS FINALLY ORDERED** that the Clerk of the Court shall terminate this action and enter judgment accordingly.

Dated this 30th day of December, 2025.

Honorable Diane J. Humetewa
United States District Judge